**Fill in this information to identify the case:**

Debtor name: **PREMIER PAVING, LTD.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Texas Bit<br>420 Decker Dr., Suite 200<br>Irving, TX 75062 | | Trade Debt | | | | $7,003,322.99 |
| 2 | Austin Asphalt<br>6330 Commerce Dr., Suite 150<br>Irving, TX 75265 | | Trade Debt | | | | $1,473,090.08 |
| 3 | Texas Bit<br>420 Decker Drive, Suite 200<br>Irving, TX 75062 | | Subcontractor Trade Debt | | | | $1,234,468.23 |
| 4 | Rooker Asphalt Company<br>PO Box 551044<br>Dallas, TX 75355 | | Trade Debt | | | | $169,742.48 |
| 5 | Mantis Funding LLC<br>c/o Business Filings Incorporated<br>187 Wolf Rd., Suite 101<br>Albany, NY 12205 | | Line of Credit | | | | $132,300.00 |

Debtor    **PREMIER PAVING, LTD.**    Case number (if known) _____
        Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | IPFS Corporation  P.O. Box 730223  Dallas, TX 75373-0223 | | Credit Account | | | | $75,062.16 |
| 7 | Liquidbee 1 LLC  295 Madison Ave. FL 22  New York, NY 10017 | | Line of Credit | | | | $52,465.00 |
| 8 | Senergy Petroleum  PO Box 208399  Dallas, TX 75320-8399 | | Trade Debt | | | | $47,718.12 |
| 9 | Sun Coast Resources, Inc  P.O. Box 735606  Dallas, TX 75373-5606 | | Trade Debt | | | | $43,488.77 |
| 10 | CAT Financial  Caterpillar Financial Services Corp.  PO Box 730681  Dallas, TX 75373-0681 | | Lease | | | | $32,773.15 |
| 11 | HCSS  13151 W. Airport Blvd  Sugarland, TX 77478 | | Credit Account | | | | $16,151.66 |
| 12 | Texas Mutual Insurance Company  Attn: Policy Accounting  PO Box 841843  Dallas, TX 75284-1843 | | Insurance | | | | $11,473.00 |
| 13 | 1817 Lacy, Ltd  1755 Collins Blvd Suite 105  Richardson, TX 75080 | | Lease | | | | $10,000.00 |

| Debtor | **PREMIER PAVING, LTD.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 | Unifirst Holdings, Inc<br>PO Box 7580<br>Haltom City, TX 76111 | | Professional Services | | | | $7,908.23 |
| 15 | Holt Cat<br>PO Box 650345<br>Dallas, TX 75265-0345 | | Equipment | | | | $6,695.48 |
| 16 | STS Operating, Inc<br>PO Box 74007453<br>Chicago, IL 60674-7453 | | Trade Debt | | | | $5,205.07 |
| 17 | Truck Pro, LLC<br>29787 Network Place<br>Chicago, IL 60673-1787 | | Trade Debt | | | | $4,653.71 |
| 18 | Abatix<br>2400 Skyline Drive Suite 400<br>Mesquite, TX 75149 | | Trade Debt | | | | $4,416.01 |
| 19 | Hose Tech USA<br>PO Box 92009<br>Southlake, TX 76092 | | Trade Debt | | | | $4,408.03 |
| 20 | United Rentals (North America), Inc.<br> PO Box 840514<br>Dallas, TX 75284-0514 | | Rentals | | | | $4,394.30 |

| Fill in this information to identify the case and this filing: |
|---|
| Debtor Name **PREMIER PAVING, LTD.** |
| United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) _____ |

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors       12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/14/2022            X  /s/ Herbert D. Severin, III          For Premier Paving, LTD as CEO
            MM / DD / YYYY               Signature of individual signing on behalf of debtor

                                         **Herbert D. Severin, III**
                                         Printed name
                                         **CEO**
                                         Position or relationship to debtor